IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 09-70033-HDH-7 |
| ROBERT WILLIAM RAYNES JR. | § | |
| BETTY SUE RAYNES | § | CHAPTER 7 |
| DEBTORS | § | |

## NOTICE OF CHANGE IN CASE STATUS

TO THE CLERK OF THE COURT:

Shawn K. Brown, Trustee in the referenced case, files this Notice of Change in Case Status, and would respectfully show that:

1. This case was filed on 01/30/09. The first meeting of creditors was held on 03/24/09. The notice of commencement served by the clerk indicated this was a no-asset case. The Trustee, after investigating the case and conducting the §341 creditor's meeting, believes that there will be funds available to distribute to creditors.

2. The Trustee therefore requests that the clerk set a bar date for the filing of claims and mail a Notice to File Claims, notifying all creditors and parties in interest of such date and the requirement to file a claim.

Respectfully submitted,

*/s/ Shawn K. Brown*
State Bar No. 03170490
1401 Elm Street, Suite 4750
Dallas TX 75202
Phone  (214) 651-6508
Fax     (214) 744-2615
sbrown@wgblawfirm.com

CHAPTER 7 TRUSTEE

**NOTICE IN CHANGE OF CASE STATUS- SOLO PAGE**