# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No: | 09-70033 | HDH | Judge: | HARLIN D. HALE | Trustee Name: | Shawn K. Brown |
|---|---|---|---|---|---|---|
| Case Name: | ROBERT WILLIAM RAYNES JR. | | | | Date Filed (f) or Converted (c): | 1/30/2009 (f) |
| | BETTY SUE RAYNES | | | | 341(a) Meeting Date: | 3/24/2009 |
| For Period Ending: 9/30/2009 | | | | | Claims Bar Date: | 2/4/2010 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Homestead | 36,730.00 | 0.00 | DA | 0.00 | 0.00 |
| 2 | Real Estate | 111,882.21 | 0.00 | DA | 0.00 | 0.00 |
| 3 | Real Estate | 6,047.34 | 0.00 | DA | 0.00 | 0.00 |
| 4 | Real Estate | 190,675.85 | 0.00 | DA | 0.00 | 0.00 |
| 5 | Real Estate | 482,813.94 | 0.00 | DA | 0.00 | 0.00 |
| 6 | Real Estate | 254,000.00 | 131,000.00 | | 0.00 | 131,000.00 |
| 7 | Checking | 7,000.00 | 1,180.00 | | 0.00 | 1,180.00 |
| 8 | Household Goods | 3,500.00 | 0.00 | DA | 0.00 | 0.00 |
| 9 | Wearing Apparel | 500.00 | 0.00 | DA | 0.00 | 0.00 |
| 10 | Jewelry | 1,000.00 | 0.00 | DA | 0.00 | 0.00 |
| 11 | Firearms, Sport | 500.00 | 500.00 | | 0.00 | 500.00 |
| 12 | Automobile(s), truck(s), vehicles | 5,000.00 | 0.00 | DA | 0.00 | 0.00 |
| 13 | Automobile(s), truck(s), vehicles | 1,000.00 | 1,000.00 | | 0.00 | 1,000.00 |
| 14 | Automobile(s), truck(s), vehicles | 25,842.00 | 0.00 | DA | 0.00 | 0.00 |
| 15 | Boat | 500.00 | 500.00 | | 0.00 | 500.00 |
| 16 | Boats, motors, and accessories | 5,000.00 | 5,000.00 | | 0.00 | 5,000.00 |
| 17 | 6 cows | 1,000.00 | 1,000.00 | | 0.00 | 1,000.00 |
| 18 | CROPS | 0.00 | 0.00 | | 0.00 | 0.00 |
| 19 | FARM EQUIPMENT | 255,900.00 | 0.00 | DA | 0.00 | 0.00 |

TOTALS (Excluding Unknown Values)     $1,388,891.34     $140,180.00     $0.00

Gross Value of Remaining Assets  $140,180.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

ASSETS ARE INTEREST IN REAL ESTATE

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | |
|---|---|---|
| Case No: | 09-70033    HDH    Judge:    HARLIN D. HALE | Trustee Name:    Shawn K. Brown |
| Case Name: | ROBERT WILLIAM RAYNES JR. | Date Filed (f) or Converted (c):    1/30/2009 (f) |
| | BETTY SUE RAYNES | 341(a) Meeting Date:    3/24/2009 |
| For Period Ending: 9/30/2009 | | Claims Bar Date:    2/4/2010 |

SECURE PROPERTY
SECURE DOCUMENTS AND DATA
CLAIMS BAR DATE SET 11/09/09 10:54 am (SBROWN)
TAX RETURN
PREFERENCE/FRAUDULENT TRANSFER REVIEW
CLAIMS REVIEW
CLAIMS OBJECTIONS FILED
FINAL ALLOWANCE

TFR SENT TO UST
TFR FILED
TFR APPROVED
CHECKS MAILED
ZERO BALANCE
TDR SENT TO UST
CASE REVIEW

RE PROP #    2    --    Farmland in Haskell County
RE PROP #    3    --    Vacant land in Palo Pint County
RE PROP #    4    --    207.5 acres
RE PROP #    5    --    290 acres
RE PROP #    6    --    390 acres
RE PROP #    12   --    2005 Chevy
RE PROP #    13   --    Travel Trailer
RE PROP #    14   --    2005 Camper
RE PROP #    15   --    1980 Isonic Boat
RE PROP #    16   --    2006 Gator 4 wheeler

Initial Projected Date of Final Report (TFR):    12/31/2012    Current Projected Date of Final Report (TFR):    / /

Trustee's Signature:    /s/ Shawn K. Brown
_____    Date: 11/12/09
Shawn K. Brown